# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv116

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CHARLES J. BACKER and ) | |
| ANNE W. BACKER, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Government's Status Report. [Doc. 6].

The Government advises in its Status Report that the Defendants, who have yet to make an appearance in this case, have filed for bankruptcy protection. [Doc. 6]. Accordingly, this civil action is subject to an automatic stay. See 11 U.S.C. § 362(a)(1).

Accordingly, **IT IS, THEREFORE, ORDERED** that this civil action is hereby **STAYED** pending resolution of the Defendants' bankruptcy action. The parties shall notify the Court promptly in the event that the bankruptcy

case is successfully concluded or dismissed, if the Government is paid on its claim in its entirety, or as may otherwise be necessary.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to administratively close this case.

**IT IS SO ORDERED**.

Signed: August 9, 2010

Martin Reidinger
United States District Judge